IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>RICHARD MCATEE,<br><br>       Defendant. | MJ-24-70-M-KLD<br><br>JUDGMENT |

  Defendant Richard McAtee appeared before the Court for a bench trial on July 14, 2025. Defendant was found not guilty of conducting work activity and service when not authorized by federal law, regulation, and special-use authorization in violation of 36 C.F.R. § 261.10(c) as set forth in Count 3 of the Information.

  Defendant was found guilty of the charges of conducting work activity and service when not authorized by federal law, regulation, and special-use authorization in violation of 36 C.F.R. § 261.10(c) as set forth in Counts 1, 2, and 4 of the Information. The Court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

  Defendant must pay a fine in the amount of $100 plus a $10 special assessment on each of the three Counts he was convicted of (Counts 1, 2, and 4)

1

for a total amount due of $330. A payment of $100 is due immediately. Defendant shall pay the remaining $230 in monthly installments of $50, beginning on August 15, 2025, and continuing until the balance due is paid in full. Defendant may make payments by check or money order payable to U.S. Courts and mailed to the Clerk of Court, United States District Court, P.O. Box 8537, Missoula, MT 59807. Alternatively, Defendant may pay online at www.pay.gov/public/form/start/790999918.

Please see www.mtd.uscourts.gov/criminal-debt for more information on how to pay online.

Pursuant to 18 U.S.C. § 3742(h) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the judgment of conviction and sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, serving a copy of the statement upon the United States Attorney (personally or by mail), and filing a copy with U.S. Magistrate Judge Kathleen L. DeSoto. If Defendant appeals, Defendant will be required to pay a $39 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10), at the time of filing the appeal. Defendant also will be required to furnish the District Court Judge with a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape, or other recording of the proceedings and a certified copy of the

docket entries which shall be transmitted promptly by the clerk of court." Fed. R. Crim. P. 58(g)(2)(C).

DATED this 15th day of July, 2025.

*Kathleen L. DeSoto*
United States Magistrate Judge